IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH L. BOWMAN,

    Petitioner,

v.

JEAN HILL,

    Respondent.

Civil No. 04-198-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's motion for voluntary dismissal of petition for writ of habeas corpus without prejudice (#28) is GRANTED.

IT IS SO ORDERED.

DATED this  17th  day of May, 2005.

        /s/ Anna J. Brown
        ANNA J. BROWN
        United States District Judge